# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4204

_____

| | | |
|---|---|---|
| Jerry Bennett Masonry Contractors, Inc., | * | |
| | * | |
| | * | |
| Petitioner, | * | Appeal from the Occupational |
| | * | Safety and Health Review |
| v. | * | Commission. |
| | * | |
| Secretary of Labor; Occupational | * | [UNPUBLISHED] |
| Safety and Health Review Commission, | * | |
| | * | |
| Respondents. | * | |

_____

Submitted: September 24, 1998
Filed: September 30, 1998

_____

Before McMILLIAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

This appeal has been submitted on the briefs. Jerry Bennett Masonry Contractors, Inc. contends the final order of the Occupational Safety and Health Review Commission is based on erroneous legal rulings, is not supported by substantial evidence in the record, and the penalties should not be enforced. Our review is governed by well-established standards. Having reviewed the record and the parties' submissions, we conclude the administrative law judge's determinations were correct

and that an extended opinion is not warranted in this fact-intensive case.  We affirm without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.